No. 02–6065. Odoms v. Thompson, Superintendent, Oregon State Penitentiary. C. A. 9th Cir. Certiorari denied.

No. 02–6068. Robinson v. Massachusetts; and McGrath v. Massachusetts. Sup. Ct. Jud. Mass. Certiorari denied. Reported below: 437 Mass. 1002, 768 N. E. 2d 546 (first judgment); 437 Mass. 46, 768 N. E. 2d 1075 (second judgment).

No. 02–6070. Basden v. Lee, Warden. C. A. 4th Cir. Certiorari denied.

No. 02–6120. Hunter v. Alabama. Ct. Crim. App. Ala. Certiorari denied.

No. 02–6121. Hampton v. Wyant, Warden. C. A. 7th Cir. Certiorari denied.

No. 02–6136. Eldridge v. Hedrick, Warden, et al. C. A. 8th Cir. Certiorari denied.

No. 02–6137. Crawford v. United States District Court for the District of Columbia. C. A. D. C. Cir. Certiorari denied.

No. 02–6149. Jones v. Kansas. Sup. Ct. Kan. Certiorari denied.

No. 02–6151. Scott v. Norris, Director, Arkansas Department of Correction. C. A. 8th Cir. Certiorari denied.

No. 02–6152. Young v. Stubblefield, Superintendent, Missouri Eastern Correctional Center. C. A. 8th Cir. Certiorari denied.

No. 02–6162. Greene v. Barnhart, Commissioner of Social Security. C. A. 9th Cir. Certiorari denied.

No. 02–6180. Sanford v. Yukins, Warden. C. A. 6th Cir. Certiorari denied.

No. 02–6187. Walker v. Illinois. App. Ct. Ill., 1st Dist. Certiorari denied.